UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:12–cv–09639–RGK–SS                 Date:   8/8/2013
Title:   CAROL MCINDOE ET AL V. CRANE CO ET AL

Present: The Honorable   R. Gary Klausner  ,  U. S. District Judge

Deputy Clerk:   Sharon L. Williams
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings**:       (In Chambers) Order to Show Cause re Dismissal re Lack of
                       Prosecution

        The court, on its own motion, orders plaintiff(s) to show cause **in writing** on or
before **August 16, 2013** why this action should not be dismissed for lack of prosecution as
to the following defendant(s) listed below. Pursuant to Rule 78 of the Federal Rules of
Civil Procedure, the court finds that this matter is appropriate for submission without oral
argument. The Order To Show Cause will stand submitted upon the filing of plaintiff's
response.

        If plaintiff(s) files:

•    Proof(s) of TIMELY service of summons and complaint as to defendant(s):


•    Timely answer(s) to complaint:
     **OWENS–ILLINOIS, INC.**

•    Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules
     of Civil Procedure as to defendant(s):


•    Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules
     of Civil Procedure as to defendant(s):


on or before the date indicated above, the court will consider this a satisfactory response to
the Order to Show Cause.