Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
BATH IRON WORKS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL McINDOE, as Wrongful Death Heir, and as Successor-in-Interest to JAMES McINDOE, Deceased; and LORRAINE McINDOE and PAULINE McINDOE, as Legal Heirs of JAMES McINDOE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CRANE CO., et al.,<br><br>Defendants. | C.D. CA No. 2:12-cv-09639-RGK-SS<br><br>Related Action:<br>C.D. CA No. 2:12-cv-09727-RGK-SS<br><br>This document relates to:<br>*Carol McIndoe, et al. v. Crane Co., et al.,* Los Angeles County Superior Court, Case No. BC492810<br><br>[~~PROPOSED~~] JUDGMENT RE: DEFENDANT BATH IRON WORKS CORPORATION'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION |

Defendant BATH IRON WORKS CORPORATION'S ("Bath Iron Works") Motion for Summary Judgment and/or Summary Adjudication (Doc No. 143) was noticed for hearing on August 19, 2013, in Courtroom 850, but was taken under submission and off the motion calendar, pursuant to the Court's Order of August 13, 2013 (Doc No. 206).

After full consideration of properly submitted pleadings, the Court GRANTED Bath Iron Works' motion for summary judgment, by Order dated

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

Page 1
[PROPOSED] JUDGMENT RE: DEFENDANT BATH IRON WORKS CORPORATION'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION
(Case No. 2:12-cv-09639-RGK-SS)

August 29, 2013 (Doc No. 258). The Court found that Plaintiffs' causes of action against Bath Iron Works fail due to insufficient evidence as to causation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Bath Iron Works and against Plaintiffs on Plaintiffs' entire complaint. Plaintiffs shall take nothing against Bath Iron Works, and Bath Iron Works shall recover its costs.

IT IS SO ORDERED.

Dated: September 13, 2013

R. Gary Klausner
United States District Judge

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

Page 2
[PROPOSED] JUDGMENT RE: DEFENDANT BATH IRON WORKS CORPORATION'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION
(Case No. 2:12-cv-09639-RGK-SS)